# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF SEARCH OF<br><br>One Samsung Hard Drive related to Donald Seoane located at FBI Headquarters, 10385 Vista Sorrento Parkway, San Diego, CA | Case No. 25MJ142<br><br>ORDER AUTHORIZING FIRST EXTENSION OF TIME TO COMPLETE REVIEW OF HARD DRIVE |

GOOD CAUSE APPEARING, it is hereby ORDERED that an extension of time from May 15, 2025, to **August 13, 2025,** is granted to complete review of the hard drive in the above-entitled matter. Review must be completed on or before **August 13, 2025,** absent further order of the Court.

DATED: May 14, 2025.

_____
HONORABLE STEVE B. CHU
United States Magistrate Judge
Southern District of California